Craig L. Cohen (CC5293)
The Law Office of Craig L. Cohen, LLC
20 Old Kings Highway
Weston, CT 0688
(203) 227-7972
51 East 42nd Street – Suite 1506
New York, NY 10017
Attorney for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
ORLANDO MARTINEZ, on his own behalf and on
Behalf of those similarly situated,

    Plaintiff,

v.                                                                 08-CV-5599 (LAP)

KNYB CP LLC, HARLEM 522-147 ASSOCIATES LLC,
EIMJ MANAGING COMPANY LLC, ISRAEL
WEINBERGER, an individual and C. PICHARDO, an
Individual,

    Defendants.

------------------------------------------------------------------X

### NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter the appearance of Craig L. Cohen, Esq. as counsel of record for the defendants in the above-captioned case. I certify that I am admitted to practice in this Court.

Respectfully submitted,

S/_____
Craig L. Cohen, Esq. (CC-9293)
Attorney for Defendants
20 Old Kings Highway
Weston, Connecticut 06883
(203) 227-7972