UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

ORLANDO MARTINEZ, on his own : 08 CV 5599 (LAP) (GWG)
Behalf and on behalf of those similarly :
Situated, : ORDER
:
           Plaintiff, :
:
v. :
:
KNYB CP LLC, et al., :
:
           Defendants. :
:
-------------------------------------------------------X

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #: _____*
*DATE FILED: 7/18/08*

LORETTA A. PRESKA, United States District Judge:

    Counsel shall inform the Court by letter within five business days of the date of this order whether all parties do or do not consent to proceeding before the assigned Magistrate Judge for all purposes.

SO ORDERED:

Dated: July 17, 2008

                         _____
                         LORETTA A. PRESKA, U.S.D.J.

Mjconsentorder3