MEMORANDUM ENDORSED

# Helen F. Dalton & Associates, P.C.
ATTORNEYS AT LAW

69-12 Austin Street, Forest Hills, NY 11375 • Tel.: 718-263-9591 • Fax: 718-263-9598

Honorable Judge Gabriel Gorenstein
Southern District of NY
500 Pearl Street, Room 1020
New York, NY 10007

**MEMORANDUM ENDORSED**

July 21, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/21/08

Re: Orlando Martinez vs. KNYB CP LLC, et al.
Index # 2008 CV 5599 (LAP) (GWG)

Dear Judge Gorenstein,

    Our firm represents the Plaintiff in this action and I am writing to inform your Honor that we have had settlement negotiations with the defense counsel. We have agreed to have a Settlement Conference on July 31, 2008. Both of our clients should be present and we will try to resolve this matter. On consent from the defense attorney, Michael Devlin, I respectfully request that the Initial Conference be adjourned to September 5, 2008 at 10:00AM, so that we have enough time to try to resolve this matter, draft the settlement agreement and have it signed by both our clients. I am also going away August 13, 2008 until August 25, 2008.

Granted, except that the conference shall be held on Sept. 5, 2008 at 9:45 a.m.

SO ORDERED 7/21/08
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

Sincerely,

Roman Avshalumov (RA 5508)
Helen F. Dalton & Associates, P.C.
69-12 Austin Street
Forest Hills, NY 11375
Tel: (718) 263-9591
Fax: (718) 263-9598

CC: Via Fax to Michael P. Devlin
    Berchem, Moses & Devlin, P.C.
    75 Broad Street, Milford, CT 06460
    Tel: 203-783-1200
    Fax: 203-877-8422