# UNITED STATES DISTRICT COURT

DISTRICT OF

SOUTHERN DISTRICT OF NEW YORK

Orlando Martinez                         :        Case Number: 1:08-cv-05599-LAP

Vs.                                      :

KNYB CP LLC                              :
Harlem 522-147 Associates LLC            :
EIMJ Managing Company LLC                :
Israel Wienberger                        :
C. Pichardo                              :        JULY 24, 2008

## APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the following defendants:

KNYB CP LLC                              :
Harlem 522-147 Associates LLC            :
EIMJ Managing Company LLC                :
Israel Wienberger

I certify that I am admitted to practice in this court.

July 24, 2008

_____         _____//s//_____
Date                            Signature

                                Michael P. Devlin, Esq.       Ct04095
                                Berchem, Moses & Devlin, P.C.
                                75 Broad Street
                                Milford, CT  06460
                                203-783-1200              203-877-8422
                                _____
                                Phone Number              Fax Number

{00195000.DOC}

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2008, a copy of the foregoing Appearance was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

//s//
Michael P. Devlin, Esq.

{00195000.DOC}