# UNITED STATES DISTRICT COURT

DISTRICT OF

SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Orlando Martinez | : | Case Number: 1:08-cv-05599-LAP |
| Vs. | : | |
| KNYB CP LLC<br>Harlem 522-147 Associates LLC<br>EIMJ Managing Company LLC<br>Israel Weinberger<br>C. Pichardo | :<br>:<br>:<br>:<br>: | **STIPULATION AND ORDER**<br><br>JULY 25, 2008 |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiff and the following defendants: KNYB CP LLC, Harlem 522-147 Associates LLC, EIMJ Managing Company LLC, and Israel Weinberger, that the defendants' time to answer the complaint will be extended to September 1, 2008.

SO ORDERED:

_____
U.S.D.J.

BERCHEM, MOSES & DEVLIN, P.C.

BY: _____//s//_____
Michael P. Devlin, Esq. (Fed. I.D. ct04095)
Berchem, Moses & Devlin, P.C.
75 Broad Street
Milford, CT 06460
(203) 783-1200

{00195432.DOC}

FOR THE COMPLAINANT

BY: _____//s//_____
Roman Mikhail Avshalumov
Helen F. Dalton & Associates, P.C.
69-12 Austin Street
Forest Hills, NY 11375
718-263-9591

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2008, a copy of the foregoing Appearance was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

_____//s//_____
Michael P. Devlin, Esq.

{00195432.DOC}