Preska, J.

Helen F. Dalton & Associates, PC
Roman Avshalumov (RA 5508)
69-12 Austin Street
Forest Hills, NY 11375
Telephone: 718-263-9591

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
ORLANDO MARTINEZ, on his own behalf and on
Behalf of those similarly situated

                        Plaintiff,                    STIPULATION AND ORDER OF
                                                               DISMISSAL

      -against-

                                                                   **Index # 2008 CV 5599 (LAP) (GWG)**

                                                                     Filed Electronically

KNYB CP LLC, HARLEM 522-147 ASSOCIATES
L.L.C., EIMJ MANAGING COMPANY LLC,
ISRAEL WEINBERGER, an individual and
C PICHARDO, an individual

                        Defendants.
--------------------------------------------------------------X

      IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above captioned action, through the undersigned counsel, that the action (and all claims and causes of action that were or could have been asserted in it) be withdrawn, discontinued and dismissed, with prejudice, in accordance with Rule 41 of the Federal Rules of Civil Procedure. This Court shall retain jurisdiction over this matter in case of a breach.

_/s/ Roman Avshalumov_

Roman Avshalumov (RA 5508)                              Dated: 08/01, 2008
HELEN F. DALTON & ASSOCIATES, P.C.
69-12 Austin Street
Forest Hills, NY 11375

(718) 263-9591
Attorneys for Plaintiff

_____   Dated: 8/12/08, 2008
Michael P. Devlin
Berchem, Moses & Devlin, P.C.
75 Broad Street, Milford,
CT 06460
Tel: 203-783-1200
Fax: 203-877-8422

SO ORDERED.

Dated: August 20, 2008

_____
United States District Judge

The Clerk of the Court Shall
mark this action closed and all
pending motions denied as moot.

SO ORDERED:

_____
LORETTA A. PRESKA, U.S.D.J.